UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKE YODER, et al.,

        Plaintiffs,                      Case No. 1:23-cv-00796-PLM-SJB

v.                                    Hon. Paul L. Maloney

SHANNON LOTT,

        Defendant.
_____/

**NOTICE REGARDING ASSIGNMENT OF CASE
AND NOTICE OF DEFICIENCY**

        NOTICE is hereby given that the above-captioned case was electronically filed in this court on July 27, 2023 .  The case has been assigned to Paul L. Maloney .
        The filing party has failed to submit a **corporate disclosure statement** as required by FRCP 7.1.  Counsel is required to file this form, even if there is no corporate affiliation to disclose, for every corporate party. A form for this purpose is available on the court website at www.miwd.uscourts.gov.

                                                  CLERK OF COURT

Dated:  July 27, 2023        By:    /s/ E. Doerr_____
                                                     Deputy Clerk