WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4  (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

        Plaintiff(s),        Case No.

v.

        Defendant(s).
_____/

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to         _____
        (Party Name)
makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?   Yes   No

2. Does party have any parent corporations?   Yes   No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?   Yes   No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?   Yes   No
   If yes, identify entity and nature of interest:

Date: _____        *Donna Matias*
        _____
        (Signature)