# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Mike Yoder, Drone Deer Recovery Media, Inc., and Jeremy Funke,

v.

Shannon Lott, in her official capacity as Acting Director of the Michigan Department of Natural Resources,

Case No. 1:23-cv-796
Hon. Paul L. Maloney

TO: Shannon Lott
ADDRESS:

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
   113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Donna Gloria Matias
Pacific Legal Foundation (CA)
555 Capitol Mall, Ste. 1290
Sacramento, CA 95814
(916) 419-7111

CLERK OF COURT



By: Deputy Clerk     July 27, 2023
                              Date

---

## PROOF OF SERVICE

This summons for _____Shannon Lott_____ was received by me on _____.
                 (name of individual and title, if any)                              (date)

☐ I personally served the summons on the individual at _____
                                     (place where served)
on _____.
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                         (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of _____ on _____.
                  (name of organization)                          (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

    My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

                                                                               *Server's signature*

Additional information regarding attempted service, etc.:
                                                               *Server's printed name and title*

                                                                 *Server's address*

Civil Action No.   **1:23-CV-00796-PLM-SJB**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **SHANNON LOTT**
was recieved by me on  **7/28/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **Lindsey Hillard  (Administrative Assistant)**, a person of suitable age and discretion who resides at **525 West Allegan Street, Lansing, MI 48933**, on **08/01/2023 at 11:29 AM**, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 135.00** for services, for a total of **$ 135.00**.

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

**Angela Vermillion**
*Printed name and title*

**3030 STATEN AVE
APT 7
LANSING, MI 48910**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Lindsey Hillard  (Administrative Assistant) who identified themselves as the administrative assistant with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'6"-5'8" tall and weighing 180-200 lbs with glasses.**





Tracking #: 0111445410