UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKE YODER, DRONE DEER RECOVERY
MEDIA, INC., and JEREMY FUNKE,

    Plaintiffs,

v.

SHANNON LOTT, in her official capacity as
Acting Director of the Michigan Department of
Natural Resources,

    Defendant.
    _____/

No. 1:23-cv-00796

HON. PAUL L. MALONEY

**STIPULATED ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND
TO PLAINTIFFS' COMPLAINT**

The parties in this matter agree to extend the time by which Defendant, Shannon Lott, in her official capacity as acting director of the Michigan Department of Natural Resources, must file an answer or otherwise respond to Plaintiffs' complaint from August 22, 2023, to October 2, 2023.

    IT IS SO ORDERED.

Dated:_____

                                                        Paul L. Maloney
                                                        United States District Judge

STIPULATED:

/s/ *Donna G. Matias*
Donna G. Matias, Cal. Bar No. 154268
Andrew Quinio, Cal. Bar No. 288101
Attorneys for Plaintiffs
Pacific Legal Foundation
555 Capital Mall, Suite 1290
Sacramento, CA 95814
(916) 419-7111

Date:  August 21, 2023

/s/ *Echo Aloe*                                                                             Date: August 21, 2023
Nathan A. Gambill (P75506)
Echo Aloe (P86363)
Assistant Attorneys General
Attorneys for State Defendant
Environment, Natural Resources,
and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664

LF:  Yoder, Drone Deer Recovery (v EGLE) WD/AG# 2023-0383182-A/Stipulated Order to Extend Deadline 2023-08-21