UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MIKE YODER, et al.,

    Plaintiffs,

                                   Case No. 1:23-cv-796

v.

                                   HONORABLE PAUL L. MALONEY

SHANNON LOTT,

    Defendant.

_____/


**ORDER GRANTING IN PART STIPULATION TO EXTEND DEADLINE TO ANSWER**

      Pending before the Court is a stipulation between the parties to extend Defendant's time to respond to the complaint (ECF No. 7). Upon due consideration of the stipulation by the Court, the Court will grant an extension of the deadline, but will grant a more limited extension than requested by the parties.  Therefore,

      **IT IS HEREBY ORDERED** that the stipulation to extend Defendant's time to respond to the complaint (ECF No. 7) is GRANTED IN PART.

      **IT IS FURTHER ORDERED** that the deadline for Defendant to file an answer or otherwise respond to the complaint is extended to **September 26, 2023**.


Dated:  August 23, 2023                          /s/ Paul L. Maloney_____
                                              Paul L. Maloney
                                              United States District Judge