# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:23-cv-00796-PLM | 10/31/2023 | 1:30 PM – 1:42 PM | Sally J. Berens |

### CASE CAPTION

| |
|---|
| Yoder et al v. Lott |

### APPEARANCES

| Attorney: | Representing: |
|---|---|
| Donna Gloria Matias<br>Andrew Quinio | Plaintiffs Mike Yoder, Drone Deer Recovery Media, Inc., Jeremy Funke |
| Echo Aloe<br>Nathan A. Gambill | Defendant Shannon Lott |

### PROCEEDINGS

**NATURE OF HEARING:** Rule 16 Scheduling Conference held; case management order to issue.

Proceedings Digitally Recorded
Deputy Clerk: J. Lenon