UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKE YODER, DRONE DEER RECOVERY
MEDIA, INC., and JEREMY FUNKE,

      Plaintiffs,                                           No. 1:23-cv-00796

v.                                                   HON. PAUL L. MALONEY

SCOTT BOWEN, in his official capacity as
Director of the Michigan Department of
Natural Resources,

      Defendant.
_____/

## PROOF OF SERVICE

On November 22, 2023, I caused to be sent via email and first-class mail, a copy of Michigan Department of Natural Resources' First Set of Interrogatories and Requests for Production of Documents to Plaintiffs, and this Proof of Service, to:

Donna G. Matias
Andrew Quinio
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
dmatias@pacificlegal.org
aquinio@pacificlegal.org

I declare that the statements above are true to the best of my information, knowledge, and belief.

                                                                /s/ *Judith L. Gibson*
                                                                 Legal Secretary

LF: Yoder, Drone Deer Recovery (v DNR) WD/AG# 2023-0383182-A/POS – Email and First-Class Mail 2023-11-22