**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

YODER, et al.,

        Plaintiffs,

  vs.                                      Case No. 1:23-CV-796

LOTT, et al.,                      HON. PAUL L. MALONEY

        Defendant.

DONNA G. MATIAS, Cal. Bar No. 154268
Email: DMatias@pacificlegal.org
ANDREW QUINIO, Cal. Bar No. 288101
Email: AQuinio@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

## CERTIFICATE OF SERVICE

      I hereby serve these Requests for Production, Set One on November 22, 2023,

I served these by mail and e-mail on:

Nathan A. Gambill
Echo Aloe
Assistant Attorneys General
Attorneys for State Defendant
Environment, Natural Resources,
And Agriculture Division
P.O. Box 30755
Lansing, MI  48909

and <u>Echo Aloe</u>: cisselr@michigan.gov, aloee1@michigan.gov
<u>Nathan A. Gambill</u>: wierengaj1@michigan.gov, gambilln@michigan.gov, gibsonj16@michigan.gov

                                                  /s/ Donna G Matias
                                                  DONNA G. MATIAS