UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YODER, et al.,

        Plaintiffs,

vs.                                    Case No. 1:23-CV-796

LOTT, et al.,                       HON. PAUL L. MALONEY

        Defendant.

DONNA G. MATIAS, Cal. Bar No. 154268
Email: DMatias@pacificlegal.org
ANDREW QUINIO, Cal. Bar No. 288101
Email: AQuinio@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

## CERTIFICATE OF SERVICE

I hereby serve these Interrogatories, Set One on November 27, 2023, I served these by mail and e-mail on:

Nathan A. Gambill
Echo Aloe
Assistant Attorneys General
Attorneys for State Defendant
Environment, Natural Resources,
And Agriculture Division
P.O. Box 30755
Lansing, MI  48909

Echo Aloe: cisselr@michigan.gov, aloee1@michigan.gov
Nathan A. Gambill: wierengaj1@michigan.gov, gambilln@michigan.gov, gibsonj16@michigan.gov

                                        /s/ Donna G Matias
                                        DONNA G. MATIAS