UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKE YODER, DRONE DEER RECOVERY
MEDIA, INC., and JEREMY FUNKE,

    Plaintiffs,

v.

SCOTT BOWEN, in his official capacity as
Director of the Michigan Department of
Natural Resources,

    Defendant.
    _____/

No. 1:23-cv-00796

HON. PAUL L. MALONEY

**PROOF OF SERVICE**

On December 1, 2023, I caused to be sent via email a copy of Michigan Department of Natural Resources' Expert Witness Disclosure, and this Proof of Service, to:

Donna G. Matias
Andrew Quinio
Pacific Legal Foundation
dmatias@pacificlegal.org
aquinio@pacificlegal.org

I declare that the statements above are true to the best of my information, knowledge, and belief.

    /s/ *Judith L. Gibson*
    Legal Secretary

LF:  Yoder, Drone Deer Recovery (v DNR) WD/AG# 2023-0383182-A/POS – Email and First-Class Mail 2023-12-01