# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

YODER, et al.,

          Plaintiffs,

      vs.                           Case No. 1:23-CV-796

LOTT, et al.,                    HON. PAUL L. MALONEY

          Defendant.

_____

DONNA G. MATIAS, Cal. Bar No. 154268
Email: DMatias@pacificlegal.org
ANDREW QUINIO, Cal. Bar No. 288101
Email: AQuinio@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

_____

## CERTIFICATE OF SERVICE

I hereby served Plaintiffs' Rebuttal Expert Witness Disclosure on December

15, 2023. I served these by mail and e-mail on the following:

Nathan A. Gambill
Echo Aloe
Assistant Attorneys General
Attorneys for State Defendant
Environment, Natural Resources,
And Agriculture Division
P.O. Box 30755
Lansing, MI  48909

Echo Aloe: cisselr@michigan.gov, aloee1@michigan.gov
Nathan A. Gambill: wierengaj1@michigan.gov, gambilln@michigan.gov,
gibsonj16@michigan.gov

/s/ Donna G Matias
DONNA G. MATIAS