UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKE YODER, DRONE DEER

RECOVERY INC. and

JEREMY FUNKE,                                    Case No. 1:23-CV-796

              Plaintiffs,                HON. PAUL L. MALONEY
                                                   HON. SALLY BERENS
   vs.

SCOTT BOWEN, in his official

capacity as Director of the Michigan

Department of Natural Resources,

              Defendant.
_____

DONNA G. MATIAS, Cal. Bar No. 154268
Email: DMatias@pacificlegal.org
ANDREW QUINIO, Cal. Bar No. 288101
Email: AQuinio@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
_____

**STIPULATION AND [PROPOSED] ORDER**

**GRANTING LEAVE TO FILE A FIRST AMENDED COMPLAINT**

**AND STAYING TRIAL DATE AND RELATED DEADLINES**

Plaintiffs Mike Yoder, Drone Deer Recovery Media, Inc., and Jeremy Funke,

and Defendant Scott Bowen, in his official capacity as Director of the Michigan

1

Department of Natural Resources, submit the following Joint Stipulation that Plaintiffs be granted leave to file a First Amended Complaint pursuant to Rule 15(a)(2), and that the trial date and related deadlines in this matter, including discovery deadlines, be stayed. In support of this Stipulation, the Parties state the following:

1. Plaintiffs filed the Complaint in this matter on July 27, 2023. Dkt. 1.

2. On September 25, 2023, Defendant filed an Answer to Plaintiffs' Complaint. Dkt. 9.

3. On October 31, 2023, the Court held a Scheduling Conference with the parties and issued a Case Management Order on November 2, 2023, setting a trial date for April 15, 2025, and other related deadlines.

4. On December 15, 2023, counsel for the parties met and conferred regarding Plaintiffs' intention to file an Amended Complaint. On January 5, 2023, Plaintiffs provided Defendant with the proposed First Amended Complaint.

5. On January 8, 2024, Defendant's counsel informed Plaintiffs' counsel that Defendant will consent to Plaintiffs filing the First Amended Complaint, and that Defendant will file a Motion to Dismiss in response.

6. Counsel for the parties met and conferred on January 12, 2024, regarding a briefing schedule and pausing deadlines in the Case Management Order in light of the First Amended Complaint and the Motion to Dismiss to be filed in response.

**NOW, THEREFORE,** the parties hereby respectfully request that the Court: grant Plaintiffs leave to file a First Amended Complaint in this action, a true and correct copy of which is attached here as Exhibit A; modify the Case Scheduling Order to stay the current trial date and related deadlines, including discovery deadlines; and set the alternative deadlines in this matter as stipulated by the Parties below, or set similar dates in accordance with the Court's availability:

| Event | Revised Date |
|---|---|
| Filing of First Amended Complaint | February 2, 2024 |
| Motion to Dismiss First Amended Complaint | February 16, 2024 |
| Response to Motion to Dismiss | March 15, 2024 |
| Reply in Support of Motion to Dismiss | April 5, 2024 |

Should the above-proposed dates be inconvenient for the Court, the Parties respectfully request a similar extension of the deadlines in this case to dates that suit the Court's schedule and convenience.

STIPULATED this 22nd day of January, 2024.

Respectfully submitted,

DONNA G. MATIAS
ANDREW QUINIO
Pacific Legal Foundation


By _____/s/ Andrew Quinio_____
ANDREW QUINIO CSB#288101
*Attorneys for Plaintiffs* MIKE YODER, DRONE DEER RECOVERY LLC, and JEREMY FUNKE

NATHAN A. GAMBILL (P75506)
ECHO ALOE (P86363)
Assistant Attorneys General


By /s/ Nathan A. Gambilll
NATHAN A. GAMBILL (P75506)
*Attorneys for State Defendant*
SCOTT BOWEN, in his official capacity as Director of the Michigan Department of Natural Resources

4

## **[PROPOSED] ORDER**

Good cause appearing, **IT IS HEREBY ORDERED** that Plaintiffs are granted leave to file the First Amended Complaint, a copy of which is attached hereto as Exhibit A.

**IT IS ALSO ORDERED** that the trial date in this matter and all deadlines as set forth in the Case Management Order of November 2, 2023, are stayed.

**IT IS FURTHER ORDERED** that the deadlines related to the filing of the First Amended Complaint will be set as stipulated by the parties. Alternatively, the deadlines related to the First Amended Complaint are as follows:

| Event | Revised Date |
| --- | --- |
| Filing of First Amended Complaint | |
| Motion to Dismiss First Amended Complaint | |
| Response to Motion to Dismiss | |
| Reply in Support of Motion to Dismiss | |

IT IS SO ORDERED

Dated this _____ day of _____, 2024.

_____
HON. PAUL MALONEY
UNITED STATES DISTRICT COURT JUDGE or
HON. SALLY BERENS
UNITED STATES MAGISTRATE JUDGE