UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MIKE YODER, *et al.*, )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>SCOTT BOWEN, IN HIS OFFICIAL CAPACITY )<br>AS DIRECTOR OF THE MICHIGAN )<br>DEPARTMENT OF NATURAL RESOURCES )<br>    Defendant. )<br>_____) | No. 1:23-cv-796<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date (ECF No. 28), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: June 18, 2024                              /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge